In re **Ronald Santos,**          Case No. **12-50911**
     **Carly Santos**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **4651277711234**<br><br>**Chase Manhattan Mortgage**<br>**Attn; Bankruptcy Dept**<br>**Po Box 24696**<br>**Columbus, OH 43224** | | H | Opened 10/01/07  Last Active 1/06/10<br><br>4801 Shady Meadows Place<br>San Jose, CA 95138<br>FMV determined by zillow.com<br><br>Value $ 1,600,000.00 | | | | 1,795,353.00 | 195,353.00 |
| Account No. **xxxxxxxxx3666**<br><br>**Wakovia**<br>**Attn: Bankruptcy**<br>**4101 Wiseman Blvd**<br>**San Antonio, TX 78251** | | C | Opened 6/01/06  Last Active 4/06/09<br><br>First Mortgage<br><br>7072 Goldenspur Loop<br>San Jose, Ca.  95138<br>FMV determined by zillow.com<br>Value $ 539,400.00 | | | | 726,544.00 | 187,144.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page)    **2,521,897.00**    **382,497.00**

Total (Report on Summary of Schedules)    **2,521,897.00**    **382,497.00**

In re   **Ronald Santos,**                                                       Case No.   **12-50911**
        **Carly Santos**
                                                           Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

       **2**     continuation sheets attached

In re  **Ronald Santos,**
       **Carly Santos**                                      Case No.  **12-50911**
                                                    ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Domestic Support Obligations**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 200000000754233  San Mateo County Da 555 County Ctr Redwood City, CA 94063 | | H | Opened 6/01/10 Last Active 10/04/10  FamilySupport | | | | 37,155.34 | 0.00  37,155.34 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    37,155.34    0.00    37,155.34

In re **Ronald Santos,**          Case No. **12-50911**
     **Carly Santos**
,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Franchise Tax Board** <br> **P.O. Box 942857** <br> **Sacramento, CA 94257** | | C | **Tax Debt Prime Mortgage Funding, Inc. 2010** | | | | 1,055.82 | 0.00 | 1,055.82 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    1,055.82    0.00    1,055.82

Total (Report on Summary of Schedules)    38,211.16    0.00    38,211.16

In re **Ronald Santos,** Case No. **12-50911**
**Carly Santos**
,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5268** <br><br> **Allied Interstate** <br> **3000 corporate exchange drive** <br> **5th floor** <br> **Columbus, OH 43231** | | C | **Business Expenses** | | | X | **25.43** |
| Account No. **102497525** <br><br> **Amer Honda** <br> **Po Box 168088** <br> **Irving, TX 75016** | | H | **Opened 5/01/09 Last Active 12/20/11** <br> **Disputed** | | | | **18,837.00** |
| Account No. **2001** <br><br> **American Express** <br> **c/o Micahel Boulanger** <br> **4545 Murphy Canyon Road** <br> **3rd Floor** <br> **San Diego, CA 92123** | | C | **Business Expenses** | | | X | **4,625.20** |
| Account No. **5188** <br><br> **Associated Recovery System** <br> **c/o Client Services Inc** <br> **3451 Harry S Truman Blvd** <br> **Saint Charles, MO 63301** | | C | **Business Expenses** | | | X | **3,597.91** |

__8__ continuation sheets attached

Subtotal (Total of this page) **27,085.54**

3/27/12 5:40PM

B6F (Official Form 6F) (12/07) - Cont.

In re **Ronald Santos,** **Carly Santos**, Case No. **12-50911**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8304** <br><br> **Associated Recovery System** <br> **c/o Client Services Inc** <br> **3451 Harry S Truman Blvd** <br> **Saint Charles, MO 63301** | | C | **Business Expenses** | | | X | 1,066.35 |
| Account No. **8200** <br><br> **Bad Boys Bail Bonds** <br> **1299 N First Street** <br> **San Jose, CA 95112** | | C | **2/7/11** <br> **Business Expenses** | | | X | 5,000.00 |
| Account No. **4105** <br><br> **Banana Republic** <br> **Two Folsom Street** <br> **San Francisco, CA 94105** | | C | **12/1/10** <br> **Personal Expenses** | | | X | 294.46 |
| Account No. **xxxxxxxxxxxx2861** <br><br> **Bank Of America** <br> **Attn: Bankruptcy NC4-105-03-14** <br> **Po Box 26012** <br> **Greensboro, NC 27410** | | - | **Opened 6/01/03 Last Active 4/19/10** <br> **Business Expenses** | | | X | 28,365.00 |
| Account No. **4264513999679009** <br><br> **Bank Of America** <br> **Po Box 982238** <br> **El Paso, TX 79998** | | H | **Opened 8/01/00 Last Active 4/19/10** <br> **Business Expenses** | | | X | 20,021.00 |

Sheet no. **1** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **54,746.81**

Case: 12-50911   Doc# 19   Filed: 03/27/12   Entered: 03/27/12 17:45:47   Page 6 of 18
Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **Ronald Santos,**
**Carly Santos**
, Debtors

Case No. **12-50911**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0416** <br><br> **Bank of America** <br> **PO Box 5170** <br> **Simi Valley, CA 93062** | C | | **Business Expenses** | | | X | 28,365.10 |
| Account No. **xxxxxxxx5976** <br><br> **Cach Llc** <br> **4340 South Monaco St. 2nd Floor** <br> **Denver, CO 80237** | - | | **Opened 1/01/11** <br> **Business Expenses** | | | X | 319.00 |
| Account No. **xxxxxxxxxxxx3919** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | - | | **Opened 9/01/08 Last Active 1/26/10** <br> **Business Expenses** | | | X | 9,881.00 |
| Account No. **xxxxxxxxxxxx1871** <br><br> **Chase** <br> **201 N. Walnut St//De1-1027** <br> **Wilmington, DE 19801** | - | | **Opened 1/01/07 Last Active 1/24/10** <br> **Business Expenses** | | | X | 2,238.00 |
| Account No. **Case No. 110cv178628** <br><br> **Chase Bank** <br> **c/o JP Morgan Chase Legal Dept** <br> **300 S. Grand Ave., 4th Floor** <br> **Los Angeles, CA 90071** | C | | **Business Expenses** | | | X | 12,902.57 |

Sheet no. __2__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 53,705.67

In re **Ronald Santos, Carly Santos**, Debtors

Case No. **12-50911**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Case No. SCS121783**<br>**Clearline Pools, Inc.**<br>**PO Box 757**<br>**Redwood City, CA 94064** | | **C** | **Judgment** | | | | **1,305.00** |
| Account No. **6011298703614903**<br>**Discover Fin**<br>**Attention: Bankruptcy Department**<br>**Po Box 3025**<br>**New Albany, OH 43054** | | **H** | **Opened 1/01/01 Last Active 2/22/10**<br>**Business Expenses** | | | **X** | **13,766.00** |
| Account No. **xxxxxxxxx4420**<br>**Dsnb Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | **-** | **Opened 7/01/05 Last Active 3/19/10**<br>**Personal Expenses** | | | **X** | **732.00** |
| Account No. **4504400830420**<br>**Dsnb Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | **H** | **Opened 5/01/07 Last Active 4/19/10**<br>**Personal Expenses** | | | **X** | **1,066.00** |
| Account No. **50683535**<br>**Firstsource**<br>**205 Bryant Woods South**<br>**Buffalo, NY 14228** | | **C** | **Business Expenses** | | | **X** | **421.15** |

Sheet no. **3** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **17,290.15**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Ronald Santos,** **Carly Santos**, Debtors     Case No. **12-50911**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CORP 2813388** <br><br> **Franchise Tax Board** <br> **PO Box 942857** <br> **Sacramento, CA 94257** | | C | **Tax from Prime Mortgage Funding, Inc. 2007-2009** | | | X | 24,237.46 |
| Account No. **1215504369** <br><br> **Franchise Tax Board** <br> **P.O. Box 942867** <br> **Sacramento, CA 94267** | | C | **2002-2008 State Tax Debt** | | | | 8,572,031.15 |
| Account No. **1215504369** <br><br> **Franchise Tax Board** <br> **P.O. Box 942840** <br> **Sacramento, CA 94240** | | C | **State Tax Lien** | | | | 9,806.00 |
| Account No. **Santos** <br><br> **Internal Revenue Service** <br> **2525 Capitol St** <br> **Fresno, CA 93721** | | - | **2002-2007** <br> **2002-2007 Tax Debt- Debtor is disputing the amount** | X | | X | 46,661,040.00 |
| Account No. **Docket #20965075** <br><br> **IRS** <br> **Internal Revenue Services** <br> **Ogden, UT 84201** | | C | **Federal Tax Lien** | | | | 9,999,999.00 |

Sheet no. **4** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **65,267,113.61**

In re  **Ronald Santos,**
       **Carly Santos**
                                                    ,  Case No.  **12-50911**
                              Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Case No. 2010329062**<br><br>**IRS**<br>**Internal Revenue Services**<br>**Ogden, UT 84201** | C | | **Tax Lien** | | | | **9,999,999.00** |
| Account No. **Case No. 19692274**<br><br>**IRS**<br>**Internal Revenue Services**<br>**Ogden, UT 84201** | C | | **Tax Lien** | | | | **160,741.00** |
| Account No. **Case No. 109CV154365**<br><br>**Jesse Almari**<br>**c/o S. Edward Slabach**<br>**140 B Street, Suite 5**<br>**Davis, CA 95616** | C | | **Lawsuit** | | | X | **150,000.00** |
| Account No. **3789**<br><br>**Kaiser Permanente**<br>**PO Box 830913**<br>**Birmingham, AL 35283** | C | | **4/4/11**<br>**Personal Expenses** | | | X | **3,602.22** |
| Account No. **Case No. 1-09-cv159615**<br><br>**Melanie Romero**<br>**c/o Christopher J D'Anjou**<br>**Law offices of Anthony Pagkas**<br>**777 N First Street, Suite 490**<br>**San Jose, CA 95112** | C | | **Business Expenses** | | | X | **38,770.55** |

Sheet no. __5__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **10,353,112.77**

In re     **Ronald Santos,**                                                Case No. **12-50911**
          **Carly Santos**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8304** <br><br> **Omni Credit Services** <br> **PO Box 6618** <br> **Omaha, NE 68105** | | C | **Business Expenses** | | | X | 1,066.35 |
| Account No. **xxxx3335** <br><br> **Patelco Credit Union** <br> **Po Box 8020** <br> **Pleasanton, CA 94588** | | - | **Opened 3/01/02 Last Active 5/16/10** <br> **Business Expenses** | | | X | 10,728.00 |
| Account No. **2767** <br><br> **Pitney Bowes** <br> **c/o Purchase Power** <br> **PO Box 371874** <br> **Pittsburgh, PA 15250** | | C | **Business Expenses** | | | | 37.64 |
| Account No. **xxxxxxxxxxxx6683** <br><br> **Portfolio Rc** <br> **Attn: Bankruptcy** <br> **Po Box 41067** <br> **Norfolk, VA 23541** | | - | **Opened 11/01/10** <br> **Business Expenses** | | | X | 977.00 |
| Account No. **1351** <br><br> **Proactiv** <br> **PO Box 36448** <br> **Des Moines, IA 50336** | | C | **1/3/12** <br> **Personal Expenses** | | | | 73.44 |

Sheet no. **6** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **12,882.43**

3/27/12 5:40PM

B6F (Official Form 6F) (12/07) - Cont.

In re **Ronald Santos,**
**Carly Santos**
                                                                                   , Case No. **12-50911**
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Case No. 110-CV-169862** <br><br> **Rossi Hamerslough Reischl & Chuck** <br> **1960 The Alameda** <br> **Suite 200** <br> **San Jose, CA 95126** | | C | **Judgment** | | | | **86,971.00** |
| Account No. **2613** <br><br> **The Best Service Co/ca** <br> **10780 Santa Monica Blvd** <br> **Los Angeles, CA 90025** | - | | **Opened 1/01/11** <br> **Business Expenses** | | | X | **265.00** |
| Account No. **xxxxxxxxxxxxx0330** <br><br> **Uscb Inc** <br> **3333 Wilshire Blvd Fl 7** <br> **Los Angeles, CA 90010** | - | | **Opened 5/01/09** <br> **Business Expenses** | | | X | **126.00** |
| Account No. **322143789 and 32211483657** <br><br> **USCB Incorporated** <br> **PO Box 74929** <br> **Los Angeles, CA 90004** | | C | **Business Expenses** | | | X | **1,301.11** |
| Account No. **xxxxxxxxx0001** <br><br> **Verizon** <br> **Verizon Wireless Bankruptcy Administrati** <br> **Po Box 3397** <br> **Bloomington, IL 61702** | - | | **Opened 3/01/03 Last Active 1/01/11** <br> **Business Expenses** | | | X | **1,051.00** |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**89,714.11**

In re **Ronald Santos,**
**Carly Santos** ,

Case No. **12-50911**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7804** <br><br> **Victoria's Secret** <br> **Attention: Bankruptcy** <br> **Po Box 182686** <br> **Columbus, OH 43218** | | - | **Opened 7/01/06 Last Active 3/21/10** <br> **Personal Expenses** | | | X | 1,564.00 |
| Account No. **4308517037615188** <br><br> **Visa Dept. Stores** <br> **Attn: Bankruptcy** <br> **Po Box 8053** <br> **Mason, OH 45040** | | H | **Opened 5/01/07 Last Active 4/19/10** <br> **Business Expenses** | | | X | 3,598.00 |
| Account No. **Case No. 610872** <br><br> **WRD Investments LLC** <br> **c/o Law Offices of Anthony Drew Rowe** <br> **1300 "H" Street, Suite 300** <br> **Modesto, CA 95354** | | C | **Lawsuit** | | | X | 205,728.81 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **210,890.81**

Total (Report on Summary of Schedules) **76,086,541.90**

## United States Bankruptcy Court
### Northern District of California

| | | | |
|---|---|---|---|
| In re | **Ronald Santos** <br> **Carly Santos** | Case No. | **12-50911** |
| | Debtor(s) | Chapter | **7** |

# PROOF OF SERVICE BY MAIL

I, Yelena Gurevich, declare that I am a resident of or employed in the County of Los Angeles, State of CA. My address is 450 N Brand Blvd. Ste 600, Glendale CA 91203. I am over the age of eighteen years of age and am not a party to this case.

On **March 27, 2012**, I served the Amended Schedule B, Schedule D, Schedule E, Schedule F, Statement of Financial Affairs, and Debtor's Statement of Intention on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at 450 N Brand Blvd. Ste 600 Glendale, CA 91203 addressed as follows:

| | |
|---|---|
| **David L. Skelton** <br> 525 B. Street, Suite 1430 <br> San Diego, CA 92101 | **Allied Interstate** <br> 3000 corporate exchange drive <br> 5th floor <br> Columbus, OH 43231 |
| **Honorable Peter W. Bowie** <br> U.S. Bankruptcy Court <br> 325 West F. St. <br> San Diego, CA | **Amer Honda** <br> Po Box 168088 <br> Irving, TX 75016 |
| | **American Express** <br> c/o Micahel Boulanger <br> 4545 Murphy Canyon Road <br> 3rd Floor <br> San Diego, CA 92123 |
| | **Associated Recovery System** <br> c/o Client Services Inc <br> 3451 Harry S Truman Blvd <br> Saint Charles, MO 63301 |
| | **Associated Recovery System** <br> c/o Client Services Inc <br> 3451 Harry S Truman Blvd <br> Saint Charles, MO 63301 |
| | **Bad Boys Bail Bonds** <br> 1299 N First Street <br> San Jose, CA 95112 |
| | **Banana Republic** <br> Two Folsom Street <br> San Francisco, CA 94105 |
| | **Bank Of America** <br> Attn: Bankruptcy NC4-105-03-14 <br> Po Box 26012 <br> Greensboro, NC 27410 |
| | **Bank Of America** <br> Po Box 982238 <br> El Paso, TX 79998 |
| | **Bank of America** <br> PO Box 5170 <br> Simi Valley, CA 93062 |
| | **Cach Llc** <br> 4340 South Monaco St. 2nd Floor <br> Denver, CO 80237 |
| | **Chase** <br> Po Box 15298 |

Wilmington, DE 19850

**Chase**
201 N. Walnut St//De1-1027
Wilmington, DE 19801

**Chase Bank**
c/o JP Morgan Chase Legal Dept
300 S. Grand Ave., 4th Floor
Los Angeles, CA 90071

**Chase Manhattan Mortgage**
Attn; Bankruptcy Dept
Po Box 24696
Columbus, OH 43224

**Discover Fin**
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054

**Dsnb Macys**
9111 Duke Blvd
Mason, OH 45040

**Dsnb Macys**
9111 Duke Blvd
Mason, OH 45040

**Firstsource**
205 Bryant Woods South
Buffalo, NY 14228

**Franchise Tax Board**
PO Box 942857
Sacramento, CA 94257

**Internal Revenue Service**
2525 Capitol St
Fresno, CA 93721

**Jesse Almari**
c/o S. Edward Slabach
140 B Street, Suite 5
Davis, CA 95616

**Kaiser Permanente**
PO Box 830913
Birmingham, AL 35283

**Melanie Romero**
c/o Christopher J D'Anjou
Law offices of Anthony Pagkas
777 N First Street, Suite 490
San Jose, CA 95112

**Omni Credit Services**
PO Box 6618
Omaha, NE 68105

**Patelco Credit Union**
Po Box 8020
Pleasanton, CA 94588

**Pitney Bowes**
c/o Purchase Power
PO Box 371874
Pittsburgh, PA 15250

**Portfolio Rc**
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

**Proactiv**
PO Box 36448
Des Moines, IA 50336

**San Mateo County Da**
555 County Ctr
Redwood City, CA 94063

**The Best Service Co/ca**
10780 Santa Monica Blvd
Los Angeles, CA 90025

|  | **Uscb Inc**<br>**3333 Wilshire Blvd Fl 7**<br>**Los Angeles, CA 90010** |
|--|--|
|  | **USCB Incorporated**<br>**PO Box 74929**<br>**Los Angeles, CA 90004** |
|  | **Verizon**<br>**Verizon Wireless Bankruptcy Administrati**<br>**Po Box 3397**<br>**Bloomington, IL 61702** |
|  | **Victoria's Secret**<br>**Attention: Bankruptcy**<br>**Po Box 182686**<br>**Columbus, OH 43218** |
|  | **Visa Dept. Stores**<br>**Attn: Bankruptcy**<br>**Po Box 8053**<br>**Mason, OH 45040** |
|  | **Wakovia**<br>**Attn: Bankruptcy**<br>**4101 Wiseman Blvd**<br>**San Antonio, TX 78251** |
|  | **WRD Investments LLC**<br>**c/o Law Offices of Anthony Drew Rowe**<br>**1300 "H" Street, Suite 300**<br>**Modesto, CA 95354** |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **March 26, 2012**.

　**/s/ Yelena Gurevich**
　**Signature**

4. As of December 31, 2011, Brighter Futures, Inc.'s Balance Sheet reported assets of $45,737.00 and liabilities of $45,737.00.

5. On December 31, 2011, the depreciated values of the fixed assets of Brighter Futures, Inc. were $1,512.00 for computers & equipment and $969.00 for furniture and fixtures.

6. As of February 6, 2012, I listed all of the business debt associated with Brighter Futures, Inc. on Schedule F. Brighter Futures, Inc. has an overwhelming amount of business debt, thus, making the value of the business negative.

7. The $100,000.00 we paid for Brighter Futures, Inc. in 2008 is offset by the outstanding debt the business has accumulated. I would not be able to sell the business for $100,000.00 because the business debt will not go away through our personal Chapter 7 bankruptcy.

8. An amended Social Security Statement and Voluntary Petition was filed to reflect my true and correct social security number.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge.

Dated: March 26, 2012                                         /s/ Ronald Santos
                                                              Ronald Santos, Declarant

Yelena Gurevich, Esq. (SBN 269847)
Consumer Action Law Group, PC
450 N. Brand Blvd., Suite 600
Glendale, CA 91203
Tel: (949) 200-8440
Fax: (866) 936-6916

Attorney for Debtors Ronald and Carly Santos

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| In re: | ) | Chapter 13 |
|---|---|---|
| RONALD AND CARLY SANTOS, | ) | Case No.: 12-bk-50911 |
| Debtor. | ) | **DECLARATION OF RONALS SANTOS IN RESPONSE TO TRUSTEE'S ISSUES AT 341 HEARING** |

I, RONALD SANTOS, hereby declare:

1. I know the following facts to be true from my own personal knowledge, except those facts which are stated on information and belief and as to those facts I believe them to be true. I could and would completely testify under oath to the truthfulness of the following facts.

2. I am a debtor in the Chapter 13 Bankruptcy filed on February 6, 2012, Case Number: 12-bk-50911. Myself and my wife, Carly Santos, own 100% of Brighter Futures, Inc.

3. From January 1, 2011 through December 31, 2011, the ordinary net income for Brighter Futures, Inc. was $7,396.00.