Notice to all attorneys: Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form NPD

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Ronald Santos and Carly Santos | Case No.: 12–50911 SLJ 7 |
| Debtor(s) | Chapter: 7 |

## NOTICE OF POSSIBLE DIVIDEND

TO THE DEBTOR AND ALL INTERESTED PARTIES:

Notice is given that the notice of meeting of creditors advised you that there were no assets in this case. It now appears that a payment of a dividend may be possible.

**Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), creditors may file proofs of claim on or before 7/18/12.**

A proof of claim form, in blank with instructions for completion, is available from the Court at the address listed below, or online at: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx .

In order to receive a copy of your proof of claim you must:

1. Enclose with your proof of claim one (1) original and one (1) copy of your proof of claim.

2. You must also enclose a self–addressed, postage paid envelope large enough to accommodate your conformed copy of the claim.

3. Please sign and print or type your name clearly underneath your signature.

Unless all of the above steps are completed, no return conformed copy of your claim will be sent out.

NO FEE FOR FILING CLAIMS

MAIL CLAIMS TO:

U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113


Dated: 4/17/12                    For the Court:

                                  Gloria L. Franklin
                                  Clerk of Court
                                  United States Bankruptcy Court

Doc # 27

```
                            United States Bankruptcy Court
                            Northern District of California
```

In re:                                                              Case No. 12-50911-SLJ
Ronald Santos                                                       Chapter 7
Carly Santos
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0971-5          User: awong2              Page 1 of 2              Date Rcvd: Apr 17, 2012
                              Form ID: NPD              Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2012.
db/jdb       +Ronald Santos,    Carly Santos,    7072 GoldenSpur Loop,    San Jose, CA 95138-2804
smg          +State Board of Equalization,    Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,
               Sacramento, CA  94279-0001
12452022     +Cach Llc,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3408
12553369     +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    Po Box 24696,    Columbus, OH 43224-0696
12452026     +Internal Revenue Service,    2525 Capitol St,    Fresno, CA 93721-2227
12452027     +Patelco Credit Union,    Po Box 8020,   Pleasanton, CA 94588-8601
12452029     +The Best Service Co/ca,    10780 Santa Monica Blvd,    Los Angeles, CA 90025-4749
12452030     +Uscb Inc,   3333 Wilshire Blvd Fl 7,    Los Angeles, CA 90010-4109
12452033     +Wakovia,    Attn: Bankruptcy,   4101 Wiseman Blvd,    San Antonio, TX 78251-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: EDD.COM Apr 18 2012 01:43:00      CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Apr 18 2012 01:43:00      CA Franchise Tax Board,    Attn: Special Procedures,
               P.O. Box 2952,    Sacramento, CA  95812-2952
smg           EDI: IRS.COM Apr 18 2012 01:43:00      Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA  19101-7346
cr           +EDI: IRS.COM Apr 18 2012 01:43:00      IRS, Chief Counsel,    4330 Watt Ave., Suite 470,
               Sacramento, CA  95821-7012
12471664      EDI: BECKLEE.COM Apr 18 2012 01:38:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
               POB 3001,    Malvern PA 19355 0701
12452021     +EDI: BANKAMER.COM Apr 18 2012 01:43:00      Bank Of America,    Attn: Bankruptcy NC4-105-03-14,
               Po Box 26012,    Greensboro, NC 27420-6012
12452023     +EDI: CHASE.COM Apr 18 2012 01:38:00      Chase,   Po Box 15298,    Wilmington, DE 19850-5298
12452024     +EDI: CHASE.COM Apr 18 2012 01:38:00      Chase,   201 N. Walnut St//De1-1027,
               Wilmington, DE 19801-2920
12452025     +EDI: TSYS2.COM Apr 18 2012 01:43:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
12452028      EDI: PRA.COM Apr 18 2012 01:43:00      Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
               Norfolk, VA 23541
12452031     +EDI: AFNIVZWIRE.COM Apr 18 2012 01:38:00      Verizon,    Verizon Wireless Bankruptcy Administrati,
               Po Box 3397,    Bloomington, IL 61702-3397
12452032     +EDI: WFNNB.COM Apr 18 2012 01:38:00      Victoria's Secret,    Attention: Bankruptcy,
               Po Box 182686,    Columbus, OH 43218-2686
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
reqntc*       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2012                         Signature:    *Joseph Speetjens*

Case: 12-50911    Doc# 28    Filed: 04/19/12    Entered: 04/19/12 21:48:16    Page 2 of 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2012 at the address(es) listed below:
          Fred Hjelmeset    fhtrustee@gmail.com, CA90@ecfcbis.com
          Gilbert B. Weisman    on behalf of Requestor  American Express Bank FSB notices@becket-lee.com
          Jay D. Crom    jcrom@bachcrom.com
          Mariam S. Marshall    on behalf of Trustee Fred Hjelmeset mmarshall@marshallramoslaw.com,
          kdiggins@marshallramoslaw.com
          Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
          Thomas M. Rohall    on behalf of Creditor  IRS, Chief Counsel Thomas.M.Rohall@IRScounsel.treas.gov,
          sac.bknd.email@irscounsel.treas.gov
          Yelena Gurevich    on behalf of Debtor Ronald Santos attylenagurevich@gmail.com,
          consumeractionlawgroup@gmail.com
                                                                         TOTAL: 7