

The following constitutes
the order of the court. Signed May 1, 2012

Stephen L. Johnson
U.S. Bankruptcy Judge

1 | MELINDA HAAG, Cal. Bar No. 132612
United States Attorney
2 | THOMAS MOORE, (ASB 4305-078T)
Assistant United States Attorney
3 | Chief, Tax Division

4 | THOMAS M. ROHALL, Wash. St. Bar No. 17501
LAUREL M. COSTEN, Wash. St. Bar No. 2
5 | MATTHEW D. CARLSON, California State
KIMBERLY A. KAZDA Wash. St. Bar No.
6 | Special Assistant United States Attorneys
4330 Watt Ave., Suite 470
7 | Stop No. SA 2801
Sacramento, CA 95821-7012
8 | Tel. No. (916) 974-5700
Fax No. (916) 974-5732

Attorneys for United States of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re: ) Case No.: 12-50911-SLJ-7
)
RONALD SANTOS AND CARLY SANTOS, ) R.S. No. IRS-1
)
Debtor. ) ORDER ON THE UNITES STATES MOTION
) FOR RELIEF FROM STAY
)
)
) Hearing Date: April 24, 2012
) Hearing Time: 09:30 a.m.
) Location: Courtroom of Stephen L. Johnson
) U.S. Courthouse and Federal Bldg.
) Courtroom 3099
) 280 South First St.
) San Jose, CA

The United States of America's Motion for Relief from Stay came on for hearing on April 24, 2012 at the hour of 9:30 a.m. Thomas M. Rohall, Special Assistant U.S. Attorney appeared for the United States. Debtors, Ronald and Carly Santos, appeared pro se. Based upon the pleadings and there being no opposition from any party in interest, the Court grants the United States' Motion.

For good cause appearing, it is ORDERED AND DECIDED THAT:

(1). Pursuant to 11 U.S.C. § 362(a)(1), as interpreted by the Ninth Circuit in *Delpit v. Commissioner*, 18 F.3d 768, 773 (9th Cir. 1994), the time for filing a Notice of Appeal from the Tax

<sup>1</sup> Court Decision entered on December 13, 2011 is tolled as to Ronald Santos from February 6, 2012 to the date this Order is entered;

(2). The Stay is modified, as to Ronald Santos, effective the day after the entry of this Order, to allow the unexpired time to appeal the Tax Court Decision to begin to run again;

(3). With respect to Carly Santos, pursuant to 11 U.S.C. § 362(c)(3)(A), the stay applicable to her expired 30 days after the current case was filed. No timely extension of the stay was filed by any party in interest. Pursuant to 11 U.S.C. § 362(a)(1), as interpreted by the Ninth Circuit in *Delpit v. Commissioner*, 18 F.3d 768, 773 (9th Cir. 1994), the time for filing a Notice of Appeal from the Tax Court Decision entered on December 13, 2011 was tolled as to Carly Santos from February 6, 2012 to March 7, 2012. The unexpired time to appeal the Tax Court Decision began to run on March 8, 2012.

```
***END OF ORDER***
```

xx***End of Order***xx

| | |
|---|---|
| 1 | Court Service List |
| 2 | Ronald Santos and Carly Santos |
| 3 | 7072 Golden Spur Loop<br>San Jose, CA 95138 |
| 4 | All ECF Participants, by ECF |