Form DCLM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Ronald Santos and Carly Santos | Case No.: 12−50911 SLJ 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

## NOTICE OF DEFECTIVE CM/ECF PROOF OF CLAIM FILED ELECTRONICALLY

**NOTICE.** Claim Number Amended 2 filed electronically in this case on April 27, 2012 by Patelco Credit union is defective for the reason(s) marked below:

☐ Claim PDF Unreadable

☑ Wrong PDF Attached

☐ Creditor Name Listed in PDF Does Not Match Creditor selected on Claims Register

☐ Claim Docketed on Wrong Case

☐ Other

This notice is provided as a courtesy only and does not constitute a ruling by the bankruptcy court.

Dated: 4/30/12

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                      Case No. 12-50911-SLJ
Ronald Santos                                               Chapter 7
Carly Santos
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0971-5          User: ywon               Page 1 of 2          Date Rcvd: Apr 30, 2012
                              Form ID: DCLM            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2012.
cr            +Patelco Credit Union,   PO Box 8020,   Pleasanton, CA 94588-8601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2012**            Signature:    _Joseph Speetjens_

```
District/off: 0971-5           User: ywon              Page 2 of 2               Date Rcvd: Apr 30, 2012
                               Form ID: DCLM           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2012 at the address(es) listed below:
          Fred Hjelmeset   fhtrustee@gmail.com, CA90@ecfcbis.com
          Gilbert B. Weisman   on behalf of Requestor American Express Bank FSB notices@becket-lee.com
          Jay D. Crom   jcrom@bachcrom.com
          Mariam S. Marshall   on behalf of Trustee Fred Hjelmeset mmarshall@marshallramoslaw.com,
          kdiggins@marshallramoslaw.com
          Office of the U.S. Trustee / SJ   USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
          Thomas M. Rohall   on behalf of Creditor IRS, Chief Counsel Thomas.M.Rohall@IRScounsel.treas.gov,
          sac.bknd.email@irscounsel.treas.gov
          Yelena Gurevich   on behalf of Debtor Ronald Santos attylenagurevich@gmail.com,
          consumeractionlawgroup@gmail.com
                                                                                         TOTAL: 7