

| | |
|---|---|
| 1 | MELINDA HAAG , Cal. Bar No. 132612 |
| | United States Attorney |
| 2 | THOMAS MOORE, (ASB 4305-078T) |
| | Assistant United States Attorney |
| 3 | Chief, Tax Division |
| 4 | THOMAS M. ROHALL, Wash. St. Bar No. 17701 |
| | LAUREL M. COSTEN, Wash. St. Bar No. 2 |
| 5 | MATTHEW D. CARLSON, California State |
| | KIMBERLY A. KAZDA Wash. St. Bar No. |
| 6 | Special Assistant United States Attorneys |

**The following constitutes
the order of the court. Signed May 1, 2012**

Stephen Johnson
_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

4330 Watt Ave., Suite 470
Stop No. SA 2801
Sacramento, CA 95821-7012
Tel. No. (916) 974-5700
Fax No. (916) 974-5732

Attorneys for United States of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 12-50911-SLJ-7 |
| RONALD SANTOS AND CARLY SANTOS, | R.S. No. IRS-1 |
| Debtor. | ORDER ON THE UNITES STATES MOTION FOR RELIEF FROM STAY |
| | Hearing Date: April 24, 2012 |
| | Hearing Time: 09:30 a.m. |
| | Location: Courtroom of Stephen L. Johnson |
| | U.S. Courthouse and Federal Bldg. |
| | Courtroom 3099 |
| | 280 South First St. |
| | San Jose, CA |

The United States of America's Motion for Relief from Stay came on for hearing on April 24, 2012 at the hour of 9:30 a.m. Thomas M. Rohall, Special Assistant U.S. Attorney appeared for the United States. Debtors, Ronald and Carly Santos, appeared pro se. Based upon the pleadings and there being no opposition from any party in interest, the Court grants the United States' Motion.

For good cause appearing, it is ORDERED AND DECIDED THAT:

(1). Pursuant to 11 U.S.C. § 362(a)(1), as interpreted by the Ninth Circuit in *Delpit v. Commissioner*, 18 F.3d 768, 773 (9th Cir. 1994), the time for filing a Notice of Appeal from the Tax

Order on Motion for Relief From Stay                                                    -1-

Court Decision entered on December 13, 2011 is tolled as to Ronald Santos from February 6, 2012 to the date this Order is entered;

    (2). The Stay is modified, as to Ronald Santos, effective the day after the entry of this Order, to allow the unexpired time to appeal the Tax Court Decision to begin to run again;

    (3). With respect to Carly Santos, pursuant to 11 U.S.C. § 362(c)(3)(A), the stay applicable to her expired 30 days after the current case was filed. No timely extension of the stay was filed by any party in interest. Pursuant to 11 U.S.C. § 362(a)(1), as interpreted by the Ninth Circuit in *Delpit v. Commissioner*, 18 F.3d 768, 773 (9th Cir. 1994), the time for filing a Notice of Appeal from the Tax Court Decision entered on December 13, 2011 was tolled as to Carly Santos from February 6, 2012 to March 7, 2012. The unexpired time to appeal the Tax Court Decision began to run on March 8, 2012.

***END OF ORDER***

xx\*\*\*End of Order\*\*\*xx

Order on Motion for Relief From Stay   -2-

Court Service List

Ronald Santos and Carly Santos
7072 Golden Spur Loop
San Jose, CA 95138

All ECF Participants, by ECF

Order on Motion for Relief From Stay -3-

```
                         United States Bankruptcy Court
                         Northern District of California
In re:                                                        Case No. 12-50911-SLJ
Ronald Santos                                                 Chapter 7
Carly Santos
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0971-5        User: awong2              Page 1 of 2          Date Rcvd: May 01, 2012
                            Form ID: pdfeoc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2012.
db/jdb        +Ronald Santos,   Carly Santos,   7072 GoldenSpur Loop,   San Jose, CA 95138-2804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 03, 2012**              **Signature:** _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2012 at the address(es) listed below:
        Fred Hjelmeset    fhtrustee@gmail.com, CA90@ecfcbis.com
        Gilbert B. Weisman    on behalf of Requestor American Express Bank FSB notices@becket-lee.com
        Jay D. Crom    jcrom@bachcrom.com
        Mariam S. Marshall    on behalf of Trustee Fred Hjelmeset mmarshall@marshallramoslaw.com,
 kdiggins@marshallramoslaw.com
        Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
        Thomas M. Rohall    on behalf of Creditor IRS, Chief Counsel Thomas.M.Rohall@IRScounsel.treas.gov,
 sac.bknd.email@irscounsel.treas.gov
        Yelena Gurevich    on behalf of Debtor Ronald Santos attylenagurevich@gmail.com,
 consumeractionlawgroup@gmail.com
                                                                                                                                   TOTAL: 7