1   Parada Kovadi (SBN 272724)
    pkovadi@piteduncan.com
2   Erin L. Laney (SBN 259863)
    elaney@piteduncan.com
3   **PITE DUNCAN, LLP**
    4375 Jutland Drive, Suite 200
4   P.O. Box 17933
    San Diego, CA 92177-0933
5   Telephone: (858) 750-7600
    Facsimile: (619) 590-1385
6

7   Attorneys for Movant
    JPMorgan Chase Bank, National Association
8

9
                **UNITED STATES BANKRUPTCY COURT**
10
        **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**
11
    | | |
    |---|---|
    | In re | Case No. 12-50911-SLJ |
12  | | |
    | RONALD SANTOS AND CARLY | Chapter 7 |
13  | SANTOS, | |
    | | R.S. No. PK - 822 |
14  | | |
    | Debtors. | **NOTICE OF MOTION FOR RELIEF** |
15  | | **FROM AUTOMATIC STAY AS TO** |
    | | **THE TRUSTEE ONLY** |
16  | | |
    | | **PROPERTY**: |
17  | | 4801 Shady Meadows Place |
    | | San Jose, CA 95138 |
18  | | |
    | | **Hearing**: |
19  | | Date:        August 28, 2012 |
    | | Time:        9:30 AM |
20  | | Ctrm:        3099 |
21

22      **TO ALL INTERESTED PARTIES**:

23      **PLEASE TAKE NOTICE** that, on August 28, 2012, at 9:30 AM, or as soon thereafter

24  as the parties may be heard, in Courtroom 3099 of the above entitled Court, located at 280 South

25  1st St. #3035, San Jose, CA 95113, there will be a preliminary hearing on JPMorgan Chase

26  Bank, National Association's Motion for Relief from Automatic Stay ("Motion") made pursuant

27  to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, before the

28  Honorable Stephen L. Johnson.

Case: 12-50911    Doc# 48    Filed: 08/13/12    Entered: 08/13/12 09:28:17    Page 1 of 2

1   **PLEASE TAKE FURTHER NOTICE** that any party opposing the Motion must appear

2   personally or by counsel at the preliminary hearing and may file responsive pleadings, points and

3   authorities and declarations. **FAILURE TO APPEAR AT THE PRELIMINARY HEARING**

4   **MAY BE DEEMED BY THE COURT TO BE CONSENT TO THE GRANTING OF THE**

5   **MOTION**.

6   The Motion is based on the Motion, Memorandum of Points and Authorities in Support

7   of Motion for Relief from Automatic Stay and Declaration in Support of Motion for Relief from

8   Automatic Stay filed concurrently herewith, all other pleadings and papers on file herein, and

9   upon such oral and documentary evidence as may be presented by the parties at the hearing.

10                                          PITE DUNCAN, LLP

11

12  Dated: August 13, 2012               /s/ *Parada Kovadi*
                                         PARADA KOVADI
13                                       Attorneys for Movant JPMorgan Chase Bank,
                                         National Association
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**