

| | |
|---|---|
| 1 | Parada Kovadi (SBN 272724)<br>pkovadi@piteduncan.com |
| 2 | Matthew R. Clark (SBN 271054)<br>mclark@piteduncan.com |
| 3 | **PITE DUNCAN, LLP**<br>4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933<br>San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 6 | |
| 7 | Attorneys for Movant,<br>JPMorgan Chase Bank, National Association |

**Entered on Docket**
**September 25, 2012**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed September 25, 2012

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| In re | Case No. 12-50911-SLJ |
|---|---|
| RONALD SANTOS AND CARLY SANTOS, | Chapter 7 |
| | R.S. No. PK - 822 |
| | **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | **Hearing**:<br>Date: August 28, 2012<br>Time: 9:30 am<br>Ctrm: 3099 |
| Debtors. | Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

The above-captioned matter came on for hearing on August 28, 2012, at 9:30 am, in courtroom 3099, upon the Motion of JPMorgan Chase Bank, National Association ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Ronald Santos and Carly Santos ("Debtors") commonly known as 4801 Shady Meadows Place, San Jose, California 95138 (the "Real Property"), which is legally described as follows:

> SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 47.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

- 1 - CASE NO. 12-50911-SLJ
**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362 is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

**COURT SERVICE LIST**