Mariam S. Marshall, Esq. (Bar No. 157242)
Zunilda Ramos, Esq. (Bar No. 161114)
MARSHALL & RAMOS, LLP
ATTORNEYS AT LAW
The Westlake Building
350 Frank H. Ogawa Plaza, Suite 603
Oakland, California 94612
Telephone: (510) 835-8359
Facsimile: (510) 835-8259
mmarshall@marshallramoslaw.com

Attorneys for Trustee,
FRED HJLEMESET

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>RONALD SANTOS and<br>CARLY SANTOS,<br><br>Debtors. | Case No. 12-50911<br><br>Chapter 7<br><br>Date: August 21, 2013<br>Time: 2:00 p.m.<br>Place: U.S. Bankruptcy Court<br>280 South 1st St., Ct.Rm. 3099<br>San Jose, CA 95113<br>Judge: Hon. Stephen L. Johnson |
|---|---|

**CERTIFICATE OF SERVICE**

I, Sandra Costa, certify that I am over the age of eighteen and not a party to this action. My business address is The Westlake Building, 350 Frank H. Ogawa Plaza, Suite 603, Oakland, California 94612. On this day I caused to be served the following document(s) listed below:

1. **NOTICE OF HEARING AND MOTION ON SHORTENED TIME ON TRUSTEE'S MOTION FOR CIVIL CONTEMPT ORDER AGAINST THE DEBTORS;**

2. **DECLARATION OF MARIAM S. MARSHALL IN SUPPORT OF TRUSTEE'S MOTION FOR CIVIL CONTEMPT ORDER AGAINST THE DEBTORS; and**

3. **TRUSTEE'S MOTION IN SUPPORT OF CIVIL CONTEMPT ORDER AGAINST THE DEBTORS**

on the parties shown below by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the U.S. Mail, addressed as follows:

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Ronald Santos and Carly Santos<br>7072 GoldenSpur Loop<br>San Jose, CA 95138 | Debtors |
| 2 | Yelena Gurevish, Esq.<br>National Consumer Attorney Group<br>450 N. Brand Blvd., Suite 600<br>Glendale, CA 91203 | Counsel for Debtors |
| 3 | Office of the U. S. Trustee<br>280 S. First Street, Suite 268<br>San Jose, CA 95113-3004 | U.S. Trustee |

I declare under penalty of perjury that the foregoing is true and correct. Executed in Oakland, California on July 22, 2013

/s/ Sandra Costa
Sandra Costa

CERTIFICATE OF SERVICE -2-