

Mariam S. Marshall, Esq.
Bar No. 157242
Zunilda Ramos, Esq.
Bar No.161114
MARSHALL & RAMOS, LLP
ATTORNEYS AT LAW
The Westlake Building
350 Frank H. Ogawa Plaza, Suite 603
Oakland, California 94612
Telephone:     (510) 835-8359
Facsimile:      (510) 835-8259
mmarshall@marshallramoslaw.com

Attorneys for Trustee
FRED HJELMESET

The following constitutes
the order of the court. Signed January 13, 2014

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

RONALD SANTOS and
CARLY SANTOS,

Debtors.

Case No. 12-50911

Chapter 7

No Hearing Required

## ORDER APPROVING SALE OF PERSONAL PROPERTY

The application of FRED HJELMESET, trustee, seeking an order authorizing and approving the sale of the estate's right, title and interest in certain personal property consisting of: 1) a 2003 Porsche 911 Turbo Coupe (the "Porsche"); 2) a 2002 Mercedes Benz S-Class 555 AMG, (the "Mercedes"); 3) a 2005 Cadillac Escalade ESV Platinum Edition (the "Cadillac"); and 4) a 2007 Toyota Tundra Limited Crewmax 6AT 4WD (the "Toyota"), (collectively, the "Vehicles"), for the total sum of $87,095.00.00, to the following buyers (the "Buyers"), for the following amounts:

| Vehicle | Buyer | Amount |
|---|---|---|
| Porsche | Maria Green aka Malu Green | $41,700.00 |
| Mercedes | Jon Ambjor | $10,200.00 |
| Cadillac | Recil McClure | $10,095.00 |
| Toyota | Wolfien Ghadiri | $25,100.00 |
| Total: | | $87,095.00 |

and payment of 12% of the total sale price of the Vehicles, exclusive of sales tax, (which is $10,451.40) plus reimbursement of actual expenses, (which total $3,848.10), to the estate's Court appointed auctioneer, West Auctions, Inc., having been considered by this Court, due notice of the trustee's intent to sell the Vehicles having been given to all creditors and other interested parties, as required by law, no objection having been raised, and good cause appearing,

**IT IS HEREBY ORDERED** that the trustee's application for an order authorizing and approving the sale of the Vehicles to the Buyers for the total sum of $87,095.00, is approved under the terms set forth in the Application.

**IT IS FURTHER ORDERED** that the trustee is authorized to pay the estate's auctioneer, West Auctions, Inc., the sum of 12% of the total sale price of the Vehicles, exclusive of sales tax, (which is $10,451.40) plus reimbursement of actual expenses, (which total $3,848.10), without further order of the Court.

Certificate of service for proposed order filed as docket entry # 66.

** END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | West Auctions, Inc.                                    Auctioneer |
|   | P.O. Box 278 |
| 4 | Woodland, CA 95776-0278 |

ORDER APPROVING SALE OF PERSONAL PROPERTY -3-